# UNTIED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### Jacksonville Division

NENITA GALLO,

    Plaintiff,

                                                                 Case No.: 3:13-cv-1548-J-20JRK

vs.

NATIONAL CREDIT ADJUSTERS and
H&P Capital, Inc., d/b/a Horizon
Professional Consultants,

    Defendants.
_____/

## DEFENDANT'S CERTIFICATE OF
## INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    NENITA GALLO
    Counsel for Plaintiff:
    MORGAN & MORGAN, P.A.
    Amanda J. Allen, Esquire
    One Tampa City Center
    201 N. Franklin Street, 7th Floor
    Tampa, FL 33602
    Phone: (813) 223-5505
    Fax: (813) 223-5402
    AAllen@ForThePeople.com

NATIONAL CREDIT ADJUSTERS
Counsel for Defendant:
**GOLDEN SCAZ GAGAIN, PLLC**
Benjamin W. Raslavich, Esquire
201 North Armenia Avenue
Tampa, FL 33609
Phone: (813) 251-5500
Fax: (813) 251-3675
Email: braslavich@gsgfirm.com

H&P Capital, Inc., d/b/a Horizon Professional Consultants

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   *None.*

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases:

   *None.*

4) The name of each individual victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   NENITA GALLO

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: January 31, 2014

                Respectfully submitted by:

                /s/ Benjamin W. Raslavich
                Benjamin W. Raslavich, Esquire
                Florida Bar No.: 0102808
                GOLDEN SCAZ GAGAIN, PLLC
                201 North Armenia Avenue
                Tampa, Florida 33609
                P: (813) 251-5500
                F: (813) 251-5500
                braslavich@gsgfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Benjamin W. Raslavich
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808