**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**NENITA GALLO,**

    **Plaintiff,**

vs.                                                           **Case No. 3:13-cv-1548-J-20JRK**

**NATIONAL CREDIT ADJUSTERS and
H&P CAPITAL, INC., d/b/a Horizon
Professional Consultants,**

    **Defendants.**

_____/

**ORDER**

This matter is before this Court on Defendant National Credit Adjusters' "Motion for Judgment on the Pleadings with Respect to Count IV of Plaintiff's Amended Complaint" (Dkt. 14); and Plaintiff's "Notice of Non-Opposition" thereto (Dkt. 16). This Court has reviewed the Motion and agrees that Plaintiff has failed to state a claim for intentional infliction of emotional distress. As Defendant notes and Plaintiff does not contest, courts have consistently held that in Florida, a defendant's failure to accurately report a plaintiff's debt to a collection agency, and the mere use of profane, harassing, or accusatory language, cannot give rise to a claim for intentional infliction of emotional distress. *E.g.*, *Sylvester v. GE Capital Retail Bank*, 6:12-CV-341-ORL-31TBS, 2012 WL 3522691, at *3 (M.D. Fla. Aug. 14, 2012); *Koutsouradis v. Delta Air Lines, Inc.*, 427 F.3d 1339, 1344–45 (11th Cir. 2005); *Howry v. Nisus, Inc.*, 910 F. Supp. 576, 580–81 (M.D. Fla. 1995); *Lay v. Roux Laboratories, Inc.*, 379 So. 2d 451, 452 (Fla. 1st DCA 1980).

Therefore, it is **ORDERED**:

1. Defendant National Credit Adjusters' "Motion for Judgment on the Pleadings with

Respect to Count IV of Plaintiff's Amended Complaint" (Dkt. 14) is **GRANTED**; and

    2. The Clerk is directed to enter **JUDGMENT** against Plaintiff and in favor of Defendants on Count IV of the Amended Complaint at the end of this case.

**DONE AND ENTERED** at Jacksonville, Florida, this \_\_\_7th\_\_\_ day of May, 2014.

                                           HARVEY E. SCHLESINGER  
                                           UNITED STATES DISTRICT JUDGE

Copies to:  
Amanda J. Allen, Esq.  
Benjamin W. Raslavich, Esq.  
Dale Thomas Golden, Esq.