UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NENITA GALLO,

    Plaintiff,

-vs-                              CASE NO.: 3:13-CV-01548- J-20JRK

NATIONAL CREDIT ADJUSTERS and
H&P CAPITAL, INC.d/b/a HORIZON
PROFESSIONAL CONSULTANTS,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Nenita Gallo, by and through the undersigned counsel, hereby submits this Notice of Pending Settlement and states that all parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully Submitted,

    */s/ Amanda J. Allen*
    Amanda Allen, Esquire
    Morgan & Morgan, Tampa, P.A.
    One Tampa City Center
    201 N. Franklin Street, 7th Floor
    Tampa, FL 33602
    Tele: (813) 223-5505
    Fax: (813) 223-5402
    AAllen@ForThePeople.com
    Jestrada@ForThePeople.com
    Florida Bar #: 0098228
    Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this  8th   day of May, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to:

Dale T. Golden, Esquire
Florida Bar No.: 0094080
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
braslavich@gsgfirm.com
Counsels for Defendant

                                               */s/ Amanda J. Allen*
                                               Amanda Allen, Esquire
                                               Florida Bar #:  0098228