UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NENITA GALLO,

    Plaintiff,

vs.                                              Case No. 3:13-cv-1548-HES-JRK

NATIONAL CREDIT ADJUSTERS and
H&P Capital, Inc., d/b/a Horizon
Professional Consultants,

    Defendants.
_____/

## ORDER

This matter is before the Court on the Parties' "Joint Stipulation for Dismissal with Prejudice" (Dkt. 23).

It is **ORDERED**:

1. The above case is hereby **DISMISSED WITH PREJUDICE**; and

2. The Clerk is directed to close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 25 day of June, 2014.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Amanda J. Allen, Esq.
Benjamin W. Raslavich, Esq.
Dale Thomas Golden, Esq.